# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 12, 2024

## NO. 03-24-00669-CV

**The Resource Group, Appellant**

**v.**

**Kimberly Goodman, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on July 16, 2024. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.